# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR CONSTITUTIONAL INTEGRITY, <br> 1930 18th St. NW, Ste. B2, PMB 620, <br> Washington, DC 20010, <br><br> Plaintiff, <br><br> v. <br><br> THE OFFICE OF PERSONNEL MANAGEMENT, <br> 1900 E Street, NW <br> Washington, DC 20415, <br><br> Defendant. | Case No. 25-2830 |

## COMPLAINT

JARED S. PETTINATO, DC Bar No. 496901
The Pettinato Firm
1930 18th St. NW, Ste. B2, PMB 620
Washington, DC 20009
(406) 314-3247
Jared@JaredPettinato.com

*Attorney for Plaintiff*

# INTRODUCTION

1. The Office of Personnel Management (OPM) has compiled perhaps one of the most important collections of United States government records. In February 2025, OPM twice asked every government employee to email it to describe the employees' activities the past week. The Freedom of Information Act (FOIA), 5 U.S.C. § 552, gives citizens a right to "know what their Government is up to," and government records "belong[] to all" of the people of the United States. *Nat'l Archives & Recs. Admin. v. Favish*, 541 U.S. 157, 171-72 (2004) (citation modified). Congress recognized "secrecy in government" as "one of the instruments of Old World tyranny," and it enacted FOIA to help democracy function. *See U.S. Dep't of Just. v. Reps. Comm. for Freedom of Press*, 489 U.S. 749, 772-73 (1989) (quotations omitted). Like no other, these OPM records will reveal fundamental details on how the United States government operates and what public employees do every week—not screened by several layers of management and not sanitized into impenetrable bureaucratic language.

2. The United States operates the most expensive organization in the world. Although United States taxpayers pay public employees' salaries, they do not always recognize or understand the hard work done on their behalf to run our precious democracy. Operating a government that rationally follows Congress's directions and responds to public comments takes time, expertise, and effort. Congress delegates to agencies the complex, detailed issues that it lacks the time to address directly. *A.L.A. Schechter Poultry Corp. v. United States*, 295 U.S. 495, 530

(1935). Every day, brave and dedicated public servants overcome multitudes of obstacles to advance the public good. These records will illuminate the hard work and coordination that dedicated public servants undertake every day.

3. These documents will benefit historians and political scientists, but primarily, they will give the people of the United States their clearest window into the day-to-day operations of their government. *Cf. Reporters Comm. for Freedom of Press*, 489 U.S. at 764 (recognizing the "vast difference" between scattered "public records" and a "computerized summary located in a single clearinghouse of information."). Congress enacted FOIA to require productions of document collections just like this.

4. For over five months, Citizens for Constitutional Integrity has waited for OPM to respond to their focused FOIA request for the emails OPM received in response.

5. OPM has stonewalled. Citizens waited patiently. Citizens sent OPM an appeal. Yet in five months, OPM has not responded by sending Citizens a single piece of correspondence. Citizens know not what else to do or whom else to contact to obtain these records. All FOIA deadlines have long passed. FOIA compels OPM to produce the requested emails immediately.

## CAUSE OF ACTION, JURISDICTION, AND VENUE

6. FOIA gives this Court jurisdiction. *See* 5 U.S.C. § 552(a)(4)(B); *GTE Sylvania, Inc. v. Consumers Union of U.S., Inc.*, 445 U.S. 375, 384 (1980). It waives sovereign immunity, and provides a cause of action. 5 U.S.C. § 552(a)(4)(B).

7. The District of Columbia sets the proper venue because (1) Citizens maintain their principal office here, (2) on information and belief, the records are situated here, and (3) FOIA specifically allows filings in this district. *See id.*

### PLAINTIFF

8. Citizens for Constitutional Integrity is a nonprofit organization that researches and advocates for legislation, regulations, and government programs. Its purposes include improving the United States Constitution's integrity, democratic elections, and government accountability. It maintains its principal office in Washington, D.C.

9. Citizens suffered procedural and informational injury by OPM's failure to produce the 2021 Report. Citizens seek to protect interests germane to their purposes, and individual members need not participate to advance the claims or to obtain the relief Citizens seek.

### DEFENDANTS

10. The Office of Personnel Management is an independent agency of the United States government. It manages human resources and sets personnel policy for the Executive Branch.

### THE FREEDOM OF INFORMATION ACT

11. Generally, FOIA directs that "government should conduct the public's business in public." *Clark-Cowlitz Jt. Operating Agency v. FERC*, 775 F.2d 359, 359 (D.C. Cir. 1985) (quotations omitted). In a related statute, Congress declared "the policy of the United States that the public is entitled to the fullest practicable

information regarding the decisionmaking processes of the Federal Government." Government in the Sunshine Act, Pub. L. No. 94-409, 90 Stat. 1241 (Sept. 13, 1976) (codified at 5 U.S.C. § 552b note).

12. To those ends, Congress enacted FOIA to give "an informed citizenry, vital to the functioning of a democratic society" a mechanism to "check . . . corruption and . . . hold the governors accountable to the governed." *NLRB v. Robbins Tire & Rubber Co.*, 437 U.S. 214, 242 (1978). Therefore, FOIA "require[s] agencies to adhere to a general philosophy of full agency disclosure," so as "to open agency action to the light of public scrutiny." *U.S. Dep't of Justice v. Tax Analysts*, 492 U.S. 136, 142 (1989) (citations and quotations omitted).

13. "Congress was largely concerned with the unjustified suppression of information by agency officials." *GTE Sylvania*, 445 U.S. at 385. When agencies fail to comply, FOIA gives requesting citizens a federal-court cause of action to direct the agency to produce those documents. "Congress viewed the federal courts as the necessary protectors of the public's right to know." *Id.* at 387.

14. FOIA contains strict timelines to ensure "meaningful agency engagement upon receipt of a FOIA request." *First Jud. Watch, Inc. v. U.S. Dep't of Homeland Sec.*, 895 F.3d 770, 775 (D.C. Cir. 2018). Mechanically, when "any person" requests agency "records" and "reasonably describes" them, FOIA requires the agency to "make the records promptly available." 5 U.S.C. § 552(a)(3)(A); *see First Jud. Watch*, 895 F.3d at 774. It requires the responding agency to provide, within twenty business days, a determination of which documents it will produce. 5 U.S.C. §

552(a)(6)(A)(i). On any appeal, FOIA requires the responding agency to "make a determination" within twenty business days. *Id.* § 552(a)(6)(A)(i)(III)(aa).

15. Agencies can refuse to produce documents only if an exemption applies. *See id.* § 552(b); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 136 (1975).

## FACTUAL BACKGROUND

16. On February 22, hr@opm.gov sent an email that asked each recipient to "Please reply to this email with approx. 5 bullets of what you accomplished last week and cc your manager."

17. On February 28, OPM sent a second email that asked each recipient to "Please reply to this email with approx. 5 bullets describing what you accomplished last week and cc your manager."

18. Citizens requested both sets of responses:

1. On February 22, hr@opm.gov sent an email that asked each recipient to "Please reply to this email with approx. 5 bullets of what you accomplished last week and cc your manager." Please produce all records that 0PM received in response to this request.

2. On February 28, 0PM sent a second email that asked each recipient to "Please reply to this email with approx. 5 bullets describing what you accomplished last week and cc your manager." Please produce all records that OPM received in response to this request.

Letter from Jared Pettinato to Associate Director for Personnel Systems and Oversight, OPM (Mar. 18, 2025), Ex. 1.

19. FOIA's deadline for responding passed. OPM never responded to Citizens' FOIA request.

20. Citizens appealed from the failure of OPM to respond to their request. Letter from Jared S. Pettinato to Office of the General Counsel, OPM (Apr. 23, 2025), Ex. 2. FOIA's deadline for responding passed. OPM never responded to that appeal.

## COUNT 1

21. Citizens hereby adopt by reference the previous paragraphs.

22. Citizens requested two sets of email responses under FOIA.

23. OPM possesses the documents responsive to Citizens' requests.

24. "There is no doubt that Congress intended FOIA's time limits to be mandatory." *Jud. Watch*, 895 F.3d at 785. OPM violated FOIA by failing to provide those responsive documents "promptly" to Citizens upon their request, or within 20 workdays. *See* 5 U.S.C. § 552(a)(6)(A)(i). Courts recognize promptly providing the documents "typically would mean within days or a few weeks of a 'determination,' not months or years." *Citizens for Resp. & Ethics in Wash. v. FEC*, 711 F.3d 180, 188 (D.C. Cir. 2013). Agencies have no right to withhold non-exempt documents or to delay producing them. "[U]nreasonable delay in disclosing non-exempt documents is an abuse of FOIA's scheme . . . ." *Jud. Watch*, 895 F.3d at 781 (citation modified).

25. OPM also violated FOIA by failing to respond to Citizens' appeal within 20 workdays. *See id.* § 552(a)(6)(A)(i)(III)(aa).

## PRAYER FOR RELIEF

26. Citizens request the Court to issue the following relief:

   a. Enjoin OPM from withholding the emails and order it to produce them;

b. Declare that FOIA entitles Citizens to production of the emails;

c. Order OPM to produce the responsive emails by a deadline;

d. Issue a writ of mandamus OPM to produce the responsive emails;

e. Award Citizens their reasonable attorneys' fees and costs under 5 U.S.C. § 552(a)(4)(E); and

f. Provide further relief as necessary or appropriate.

Dated August 25, 2025,

*/s/ Jared S. Pettinato*
JARED S. PETTINATO
*Attorney for Plaintiff*
